## 14472.    COLLIER *v.* THE STATE.

LUKE, J. Collier was convicted of the offense of larceny. His only complaint is that the verdict was unauthorized by the evidence. There was some evidence upon which the jury were authorized to convict the de-

fendant. The trial judge approves the verdict. It was not error to overrule the motion for a new trial.

　　　*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
　　　　　　　　DECIDED JUNE 12, 1923.

Indictment for larceny of cow; from Colquitt superior court — Judge W. E. Thomas. March 12, 1923.

*W. A. Covington, John T. Coyle,* for plaintiff in error.
*Clifford E. Hay, solicitor-general,* contra.